IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR82-VPM |
| | ) | (18 U.S.C. 641) |
| CHRISTIN E. HAYNES | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

### COUNT

On or about the 7th day of February 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CHRISTIN E. HAYNES** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

STATE OF AMERICA                )
                                )      **AFFIDAVIT**
COUNTY OF MONTGOMERY            )
                                )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 7 February 2006, via closed circuit video monitors, I observed CHRISTINE E HAYNES shopping with Kelley Ward. HAYNES had two bracelets in her shopping cart. HAYNES and Ward then went to the fitting room area. HAYNES hid the bracelets in her clothing. HAYNES and Ward left the fitting room area and walked around the store some more. HAYNES and Ward then left the store without paying for anything. While exiting the store, HAYNES triggered the electronic security gate. I detained them in the lobby and escorted them to the manager's office. Security forces responded. HAYNES pulled out two bracelets valued at $8.95 and $10.95 each and one bottle of Sarah Jessica Parker perfume valued at $49.50.

_____
ROBERT SMITH

Subscribed and sworn to before me this __6th__ day of __March__, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS