IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  2:06-CR-82-VPM |
| | ) |
| CHRISTIN E. HAYNES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Debra H. Poole, Esq., attorney at law, and files her Notice of Appearance as counsel of record for the Defendant, Christin E. Haynes, in the above-styled cause.

Respectfully submitted this 18th day of April, 2006.

> s/Debra H. Poole
> DEBRA H. POOLE Bar No. POO017
> Attorney for Defendant
> 7956 Vaughn Road PMB 360
> Montgomery, AL 36116
> Telephone:  (334) 834-2135
> Fax:  (334) 834-2443
> E-mail:  debra.poole@att.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of April, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:  **Kent Brunson, Esq. and Neal B. Frazier, Esq.**

> s/Debra H. Poole
> OF COUNSEL