| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:53 - 10:56 |
| | COURT REPORTER: |

√ ARRAIGNMENT     ❐ CHANGE OF PLEA     ❐ CONSENT PLEA
❐ RULE 44(c) HEARING     ❐ SENTENCING

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>     **DEPUTY CLERK:**  <u>Wanda A. Robinson</u>
**CASE NUMBER:**  2:06cr82-VPM     **DEFENDANT NAME:** Christin E. Haynes
**AUSA:** Capt. Neal B. Frazier     **DEFENDANT ATTORNEY:** Debra H. Poole
     Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **FINACIAL AFFIDAVIT EXECUTED.**   <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❐ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ Not Guilty          ❐ Nol Contendere
     ❐ Not Guilty by reason of insanity
     ❐ Guilty as to:
          ❐ Count(s):
          ❐ Count(s):          ❐ dismissed on oral motion of USA
                    ❐ to be dismissed at sentencing

❐ Written plea agreement filed    ❐ **ORDERED SEALED**
❐ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
√ **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06 @ 10:00 a.m.
√ **DISCOVERY DISCLOSURE DATE:** 5/19/06
❐ **ORDER:** Defendant continued under ❐ same bond;  ❐ summons; for:
     ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ❐ Posting a $_____ bond;
     ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
          ❐ Defendant requests time to secure new counsel
√❐ WAIVER  of Speedy Trial.          CONSENT DATE: 7/10/06