IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CR-82-VPM |
| ) | |
| CHRISTIN E. HAYNES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DATED MAY 22, 2006**

COMES NOW Christin E. Haynes, the Defendant in the above-styled cause, by and through the undersigned counsel, in accordance with this Court's Order dated May 22, 2006, paragraph 5(b), submits to this Honorable Court that the videotape in the above-styled cause has been provided by the prosecution and viewed by the counsel of record for the Defendant.

Respectfully submitted this 13th day of June, 2006.

s/Debra Haynes Poole
DEBRA HAYNES POOLE Bar No. POO017
Attorney for Defendant
7956 Vaughn Road PMB 360
Montgomery, AL 36116
Telephone: (334) 834-2135
Fax: (334) 834-2443
E-mail: debra.poole@worldnet.att.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of June, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following: **Kent Brunson, Esq. and Neal B. Frazier, Esq.**

s/Debra Haynes Poole
OF COUNSEL