IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CR-82-VPM |
| ) | |
| CHRISTIN E. HAYNES, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW Christin E. Haynes, the Defendant in the above-styled cause, by and through the undersigned counsel, and moves this Honorable Court to grant her Motion to Continue the trial in this matter, presently set for July 17, 2006. As grounds for so moving, Defendant sets down and assigns as follows:

1. Defendant will be applying for pretrial diversion in the above-styled cause.

2. Counsel for the Defendant has discussed this matter with Captain Frazer, counsel for the Plaintiff, and he is unopposed to this motion.

3. The parties will not be prejudiced by the granting of this Motion.

WHEREFORE, PREMISES CONSIDERED, Christin E. Haynes, Defendant in the above-styled cause, by and through the undersigned counsel, moves this Honorable Court for an Order granting her Motion to Continue the Trial in this matter, presently scheduled for July 17, 2006.

Respectfully submitted this 5th day of July, 2006.

s/Debra Haynes Poole
DEBRA HAYNES POOLE Bar No. POO017
Attorney for Defendant
7956 Vaughn Road PMB 360
Montgomery, AL 36116
Telephone: (334) 834-2135

Fax:  (334) 834-2443
E-mail:  debra.poole@worldnet.att.net

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of July, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:  **Kent Brunson, Esq. and Neal B. Frazier, Esq.**

>  **s/Debra Haynes Poole**
>  OF COUNSEL

2